# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FRANCISCO OLVERA-MADRID,

Defendant.

Case No. 19CR3041-GPC

JUDGMENT OF DISMISSAL

FILED
AUG 21 2019

IT APPEARING that the defendant is now entitled to be ~~discharged for the reason that~~

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

Ct (1-2)- 8:1324(a)(2)(B)(iii) - Bringing in Aliens Without Presentation

Dated: 8/21/19

Hon. Bernard G. Skomal
United States Magistrate Judge